**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 179 MAL 2019

             Respondent    :

                                :    Petition for Allowance of Appeal from

                                :    the Order of the Superior Court

          v.                     :

                                :

SEAN B. JACOBS,               :

                                :

             Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.